IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | | |
|---|---|---|---|
| Barbara Wolfe | | * | |
| | Plaintiff(s) | * | |
| vs. | | * | Case No.: 8:16–cv–01239–GJH |
| | | * | Judge George Jarrod Hazel |
| Ricardo Bailey II, et al. | | * | |
| 2294 Woodberry Drive  Bryans Road, MD 20616 | | * | |
| | Defendant(s) | * | |
| | | ***** | |

## STANDING ORDER CONCERNING REMOVAL

IT IS HEREBY ORDERED that all parties removing actions to this court, shall, no later than fourteen (14) days after filing a removal, file and serve a statement under the case and caption that sets forth the following information:

1. The date(s) on which each defendant was served with a copy of the summons and complaint.

2. In actions predicated on diversity jurisdiction, an indication of whether any defendants who have been served are citizens of Maryland, and, for any entity that is not a corporation, the citizenship of all members.

3. If removal takes place more than thirty (30) days after any defendant was first served with a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) was (were) first served with a paper identifying the basis for such removal.

4. In actions removed to this court predicated on diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not be summarily remanded to state court.

5. Identification of any defendant who was served in the state court action prior to the time of removal who did not formally join in the notice of removal and the reasons

why such defendant did not join.

IT IS FURTHER ORDERED that all defendants to the action who joined in the notice of removal shall file such statement within the time period set forth herein, although the parties may file a joint statement so long as such statement is approved by counsel for each party.

IT IS FURTHER ORDERED that the removing defendant(s) shall serve a copy of this Order on all other parties to the action who did not receive electronic notification of the filing of this order no later than the time they file and serve a copy of the statement required by this Order. Any party who learns at any time that any information provided in the statement(s)filed pursuant to this Order is incorrect shall immediately notify the court in writing to said effect.

IT IS FURTHER ORDERED that within seven days from the date the notice of removal is filed with this Court, the removing defendant(s) shall file a disclosure as described in Local Rule 103.3 (D. Md.). All other parties shall file the disclosure within seven days from the date a copy of this Order is served upon them.

IT IS SO ORDERED.

Date: 4/27/2016                              _____/s/_____
                                             George Jarrod Hazel
                                             United States District Judge